[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 09-15304
Non-Argument Calendar
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
AUGUST 9, 2010
JOHN LEY
CLERK

D. C. Docket No. 06-00047-CV-HL-7

DANIEL MCMILLAN,

Petitioner-Appellant,

versus

CALVIN D. NORTON,
Warden,

Respondent-Appellee,

BRIAN OWENS,
Commissioner, Georgia
Department of Corrections,

Intervenor-Defendant-
Appellee.

_____

Appeal from the United States District Court
for the Middle District of Georgia
_____

(August 9, 2010)

Before TJOFLAT, EDMONDSON and MARTIN, Circuit Judges.

PER CURIAM:

Daniel McMillan, a state prisoner proceeding *pro se*, appeals the district

court's denial of his petition for a writ of habeas corpus in which he seeks relief

from his state court convictions in Georgia for child molestation, statutory rape,

and incest. We granted a certificate of appealability ("COA") on two issues:

> (1)    Whether the district court violated *Clisby v. Jones*, 960 F.2d
> 925, 936 (11th Cir. 1992) (*en banc*), by failing to address McMillan's
> claim that his trial counsel was ineffective for failing to challenge the
> validity of the indictment; and
>
> (2)    Whether the district court violated *Clisby* by failing to address
> McMillan's claim that his trial counsel was ineffective for failing to
> object to hearsay testimony by the victim's cousin, "Vickie."

In his opening brief on appeal, McMillan does not address these *Clisby*

issues. We therefore deem them abandoned. *See Atkins v. Singletary*, 965 F.2d

952, 955 n.1 (11th Cir. 1992). As for the issues he has briefed, we do not consider

them, for the scope of our review is limited to the issues specified in the COA,

*Murray v. United States*, 145 F.3d 1249, 1250-51 (11th Cir. 1998). The district

2

court's judgment is, accordingly,

AFFIRMED.